

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:        01-13-01054-CR

Style:               Jimmy R. Williams

                     v. The State of Texas

Date motion filed*:   March 25, 2014

Type of motion:      Extension of time to file Anders response

Party filing motion: Pro se

Document to be filed: Anders response

Is appeal accelerated?      No

If motion to extend time:

    Original due date:                              March 28, 2014

    Number of previous extensions granted:      0              Current Due date:  March 28, 2014

    Date Requested:                                 N/A

Ordered that motion is:

☐      Granted

        If document is to be filed, document due:

        ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐  Denied

☒  Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☐  Other: _____

**Appellant previously filed a motion for extension of time to file his Anders response on March 21, 2014. The Court granted appellant's motion and ordered appellant's Anders response to be filed by April 28, 2014. Appellant has filed a second motion for extension requesting the same relief. Appellant's motion for extension filed March 25, 2014 is dismissed as moot. Appellant's Anders response is due April 28, 2014.**

Judge's signature:   /s/ <u>Laura C. Higley</u>
                    ☒ Acting individually        ☐ Acting for the Court

Panel consists of        _____

Date:  April 1, 2014